UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZAL AWADAN and SHAINAZ AWADAN, | No. 2:17-cv-1148 KJM AC (PS) |
| Plaintiffs, | |
| v. | ORDER |
| REEBOK CORPORATE HEADQUARTER, also known as Reebok International Ltd., | |
| Defendant. | |

Plaintiffs are proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On June 9, 2017, defendant filed a motion to dismiss. ECF No. 10. Plaintiffs submitted a response on June 19, 2017. ECF No. 14. Plaintiffs' response does not address the substance of defendant's motion to dismiss. Instead, it asks the court to remand the case because three defendants, other than the named defendant, are not diverse. Id. at 2. This filing was not properly noted as a motion for remand, and the deadline to move for remand has now expired. 28 U.S.C. § 1447. Incidentally, the court notes that there is only one named defendant in this case, Reebok International Ltd., and plaintiffs admit that this defendant is diverse. Id.

/////

1

Plaintiffs did not submit a proper response to defendant's motion addressing the substance of defendant's argument.  Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of August 9, 2017 is CONTINUED to August 16, 2017, at 10:00 a.m. in Courtroom No. 26;
2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than August 2, 2017.  Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b); and
3. Failure to comply with the Federal Rules of Civil Procedure, this court's Local Rules, and this order may result in dismissal of this case.

DATED: July 27, 2017.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE