UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZAL AWADAN and SHAINAZ AWADAN,<br><br>Plaintiffs,<br><br>v.<br><br>REEBOK CORPORATE HEADQUARTERS,<br><br>Defendant. | No. 2:17-cv-1148 KJM AC<br><br>ORDER |

Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On August 8, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 21. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist*., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

The court observes plaintiffs have filed a request to amend their complaint. ECF No. 22. That request does not propose changing the substantive allegations of plaintiffs' complaint. *See id.* at 8-10. The court therefore does not consider those proposed new allegations here. Because the court adopts the findings and recommendations in full, plaintiffs now have an opportunity to file an amended complaint consistent with the findings and recommendations and this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 8, 2017, are adopted in full;

2. All claims of Faizal Awadam are dismissed from this case with prejudice;

3. Plaintiff Shainaz Awadan's First, Second, Fifth, Sixth and Eighth claims are dismissed with prejudice;

4. Plaintiff Shainaz Awadan's Seventh claim is dismissed with leave to amend;

5. Plaintiff Shainaz Awadan shall file an amended complaint within twenty-one (21) days of this order; and

6. This matter is referred back to the assigned magistrate judge for further handling as provided by the local rules.

IT IS SO ORDERD.

DATED: March 30, 2018.

UNITED STATES DISTRICT JUDGE