| | |
|---|---|
| SHAINAZ AWADAN, | No. 2:17-cv-01148-KJM-AC (PS) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| REEBOK CORPORATE HEADQUARTER, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On March 12, 2018, this court set an initial scheduling conference for May 23, 2018 at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. ECF No. 25. On March 30, 2018, the district judge in this case adopted findings and recommendations dismissing most of plaintiff's claims, with the exception of the third and fourth causes of action, and dismissing plaintiff's seventh cause of action with leave to amend within 21 days. ECF No. 26. Plaintiff did not file an amended complaint.

Plaintiff did not appear at the status conference on May 23, 2018. ECF No. 27. Plaintiff also failed to file a status report in advance of the conference as was required by the case documents issued at ECF No. 2. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 10 days, why her failure to appear at the scheduling hearing should not result in a recommendation that this case be dismissed for failure to prosecute. If

1

plaintiff fails to respond, the court will recommend dismissal of her case pursuant to Local Civil Rule 110.

DATED: May 23, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE