1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHAINAZ AWADAN,                              No.  2:17-cv-01148-KJM-AC (PS)

12                   Plaintiff,

13           v.                                    ORDER

14    REEBOK CORPORATE
      HEADQUARTER,
15
                     Defendant.
16

17

18          This matter is before the undersigned pursuant to Local Rule 302(c)(21).  On July 30,

19    2018, plaintiff filed a "Request for Subpoena," seeking two subpoenas: one for the defendant and

20    another for Vacaville Police Department Officer Roger Canady.  ECF No. 33 at 1.  As a

21    preliminary matter, the court informs plaintiff that she does not need a subpoena to obtain

22    documents from defendant; instead, she must use the discovery tools available to her in Fed. R.

23    Civ. P. 34(a).

24          As to the subpoena for Officer Canady, plaintiff must direct her inquiry to the Clerk of

25    Court.  A non-party may be compelled to produce documents for inspection and copying pursuant

26    to a subpoena duces tecum.  See Fed. R. Civ. P. 34(c), 45(a).  In order to do this, plaintiff must fill

27    out subpoena forms and ensure that each person is served with the subpoena by a non-party.  Fed.

28    R. Civ. P. 45(b).  If a person's attendance is required, plaintiff must tender to each person "the

                                                    1

fees for one day's attendance and the mileage allowed by law." Fed R. Civ. P. 45(b)(1). The current requisite fee for each person is forty dollars per day, 28 U.S.C. § 1821(b).

Accordingly, IT IS HEREBY ORDERED plaintiff's request for a subpoena (ECF No. 33) is DENIED without prejudice to any proper request to the Clerk of Court. The Clerk of the Court is directed to provide plaintiff a signed but otherwise blank subpoena duces tecum form with this order. See Fed. R. Civ. P. 45(a)(3).

DATED: August 6, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE