| | |
|---|---|
| 1 | Shainaz Awadan |
| | awadan@aol.com |
| 2 | 1615 E. Mariposa Road |
| | Stockton, CA 95205 |
| 3 | 209.466.1433 |
| 4 | Plaintiff in Pro Per |
| 5 | BARBARA A. BLACKBURN, Bar No. 253731 |
| | bblackburn@littler.com |
| 6 | BRITNEY N. TORRES, Bar No. 287019 |
| | btorres@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
| | 500 Capitol Mall, Suite 2000 |
| 8 | Sacramento, CA  95814 |
| | Telephone:  916.830.7200 |
| 9 | Fax No.:       916.561.0828 |
| 10 | Attorneys for Defendant |
| | REEBOK INTERNATIONAL LTD incorrectly sued |
| 11 | as Reebok Corporate Headquarter |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZAL AWADAN, SHAINAZ AWADAN, | Case No.  2:17-cv-01148-KJM-AC |
| Plaintiffs, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| v. | |
| REEBOK CORPORATE HEADQUARTER, | Trial Date:            June 24, 2019 |
| | Complaint Filed:   April 18, 2017 |
| Defendant. | |

FIRMWIDE:162561297.1 036366.1057

Case No. 2:17-cv-01148-KJM-AC

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: February 21, 2019

*/s/ Shainaz Awadan (original signature retained by attorney Britney N. Torres, Littler Mendelson, P.C.*
Shainaz Awadan
Plaintiff in Pro Per

Dated: February 21, 2019

*/s/ Britney N. Torres*
BARBARA A. BLACKBURN
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
REEBOK INTERNATIONAL LTD
incorrectly sued as Reebok Corporate Headquarter

IT IS SO ORDERED.

Dated: February 22, 2019

HON. ALLISON CLAIRE
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

FIRMWIDE:162561297.1 036366.1057     2.     Case No. 2:17-cv-01148-KJM-AC

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271