UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAINAZ AWADAN, | No. 2:17-cv-01148-KJM-AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| REEBOK CORPORATE HEADQUARTER, a/k/a REEBOK INTERNATIONAL LTD., | |
| Defendant. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). On August 20, 2019, defendant filed a motion to compel plaintiff's deposition, with a noticed hearing date of September 11, 2019. ECF No. 43. Discovery in this matter was to be completed by January 11, 2019.[1] ECF No. 30. Therefore, the court construes defendant's motion as also seeking to modify the scheduling order to reopen discovery. The court finds it appropriate to reopen discovery in this case until October 4, 2019 (the date of the pre-trial conference before the assigned District Judge), for the limited purpose of considering the motion to compel and, if ordered, conducting

---

[1] The court's pre-trial scheduling order specified that "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with." ECF No. 30 at 2. Further, all motions to compel discovery were to be heard no later than December 19, 2018. Id.

1

plaintiff's deposition.

Nevertheless, the court will deny without prejudice defendant's motion to compel for failure to comply with the Local Rules governing discovery disputes. In the motion, defense counsel indicates that, pursuant to the court's Standing Orders, the pre-filing meet and confer requirement does not apply to this motion because plaintiff is not represented by counsel. ECF No. 43 at 2. The undersigned is uncertain what portion of her Standing Orders give this impression. Absent citation to specific authority to the contrary, defendant must comply with the meet-and-confer requirements of Local Rule 251, or one of its applicable exceptions.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The discovery period in this case is reopened until October 4, 2019 for the limited purpose of considering the motion to compel and, if ordered, conducting plaintiff's deposition;
2. Defendant's motion to compel (ECF No. 43) is DENIED without prejudice to its renewal following satisfaction of the meet-and-confer requirements under the Local Rules; and
3. The hearing set for September 11, 2019 is VACATED.

IT IS SO ORDERED.

DATED: August 23, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE